UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-20909-CR-WILLIAMS

UNITED STATES OF AMERICA

            Plaintiff,

vs.

NAHOMIE DUCTANT,

            Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge Andrea M. Simonton.

**THE MATTER** was referred to Magistrate Judge Andrea M. Simonon on February 14, 2017. A Report and Recommendation filed on February 14, 2017 Recommended that the Defendant's plea of guilty be accepted. Accordingly, it is **ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Andrea M. Simonon, is hereby Adopted and Approved in its entirety. The Defendant's is adjudged guilty as to Counts One through Three of the Indictment. A Presentence Investigation Report is being ordered and a Sentencing hearing is scheduled for **Wednesday, May 17, 2017 at 10:00 AM**, Courtroom 11-3, in Miami, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___15___ day of February 15, 2017.

                                                KATHLEEN M. WILLIAMS,
                                                UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Simonton
        Counsel of Record